U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL CONSERVATION COALITION,<br><br>                Plaintiff,<br><br>   v.<br><br>CRYSTAL MOUNTAIN, INC.,<br><br>                Defendant | Case No. C06-1770RSL<br><br>ORDER VACATING CASE MANAGEMENT DEADLINES |

This Court, having considered the Joint Motion for Relief from Deadline submitted by the parties (Dkt. # 42), hereby ORDERS as follows:

1) This Court's "Minute Order Setting Trial Date and Related Dates" (Dkt. # 28), including all associated deadlines, is hereby vacated; and

2) The parties shall meet and confer and submit a joint statement of proposed case management deadlines within fourteen days of entry of this Court's order on the cross motions for summary judgment (Dkt. # 29 and # 32).

IT IS SO ORDERED this 1st day of February, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge