The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL CONSERVATION COALITION,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL MOUNTAIN, INC.,<br><br>Defendant. | NO. 06-cv-1770-RSL<br><br>AGREED ORDER APPROVING ALTERATIONS TO MODIFIED CONSENT DECREE |

THIS MATTER has come before the Court on Defendant Crystal Mountain, Inc. ("CMI") and Plaintiff Crystal Conservation Coalition's ("CCC") Stipulation for Order Approving Alterations to Modified Consent Decree (hereafter "Stipulation"). The Court having reviewed the Stipulation and any supporting papers and/or opposition, as well as the other pleadings and files of record, and being fully advised, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation for Order Approving Modifications to Modified Consent Decree is GRANTED;

IT IS FURTHER ORDERED the Court approves alterations to the Modified Consent Decree) (Dkt. No. 16) by replacing Section 10.f (i) – (x) with the with General Conditions and Specific Conditions set forth in detail in the Stipulation;

AGREED ORDER APPROVING ALTERATIONS TO MODIFIED
CONSENT DECREE - 1
(06-cv-1770-RSL)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

6600889.1

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED the scheduled trial is not necessary and the trial date is |
| 2 | stricken. |
| 3 | Dated this 30th day of August, 2018. |
| 4 | |
| 5 | /s/ Robert S. Lasnik |
| 6 | Robert S. Lasnik<br>United States District Judge |

Presented by:

WILLIAMS, KASTNER & GIBBS PLLC

/s/ Shawn B. Rediger, WSBA #26425
Shawn B. Rediger, WSBA #26425
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Email: srediger@williamskastner.com

*Attorneys for Defendant Crystal Mountain, Inc.*

Approved as to form:

ZIONTZ CHESTNUT

/s/ Wyatt Golding, WSBA No. 44412 (*via Email Authorization of 8/27/2018*)
Wyatt Golding, WSBA No. 44412
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
Telephone: (206) 448-1230
Email: wgolding@ziontzchestnut.com

*Attorneys for Plaintiff*
*Crystal Conservation Coalition*

AGREED ORDER APPROVING ALTERATIONS TO MODIFIED
CONSENT DECREE - 2
(06-cv-1770-RSL)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

6600889.1